PHILIP DUFFY, Plaintiff and Respondent, *v.* JOSEPH ARCHER and Another, Defendants and Appellants.

*Charles De Hart Brown,* for plaintiff (respondent).

*Thornton, Earl & Kiendls,* for defendants (appellants).

NEWBURGER, J. This action was brought to recover a balance due upon a contract to excavate a rock upon certain premises in this city.

The answer admitted the contract, but denied that the plaintiff had excavated the number of yards claimed in the complaint.

A careful examination of the appeal book fails to disclose any error on the part of the trial justice in the admission or exclusion of testimony, and as there are no questions raised by the learned counsel for the appellant, the judgment must be affirmed, with costs.

EHRLICH, Ch. J., and FITZSIMONS, J., concur.
Judgment affirmed.

---

EBENEZER T. BAKER, Appellant, *v.* D. EDGAR CODDING and OSMOND H. ATWOOD, Respondents.

FITZSIMONS, J. The two orders appealed from must be affirmed upon issuing the execution herein. Defendants thereunder required only the collection of the amount of $213.12 not $217.49 as taxed in the judgment-roll. This practice is correct. Code, § 3264.

The orders of August first and August fifteenth, appealed from, are each one affirmed with costs.

EHRLICH, Ch. J., and FITZSIMONS, J., concur.
Orders appealed from affirmed.